## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Brandon John Cosby and | ) | Case No. 15-11307 |
| Alisha Ann Cosby, | ) | |
| Debtors. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on the **15th day of May, 2015**, a true and correct copy of the Amended Schedule C, Schedule F, Matrix, Verification of Matrix, Declaration Concerning Schedules, Summary of Schedules, and Statistical Summary of Certain Liabilities [Document No. 14] filed on the **14th day of May, 2015**, was forwarded via U.S. Mail, first class, postage prepaid, to the following:

All creditors on the attached mailing matrix.

/s/ Tearsa Storms Olson
Tearsa Storms Olson, OBA# 30265

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 15-11307<br>Western District of Oklahoma<br>Oklahoma City<br>Thu May 14 16:13:57 CDT 2015 | Americredit Financial Services, Inc. dba GM<br>PO Box 183853<br>Arlington, TX 76096-3853 | Oklahoma Tax Commission<br>Legal Division<br>120 N Robinson Suite 2000W<br>Oklahoma City, OK 73102-7801 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Ars /Account Resolution Services<br>1643 Harrison Pkwy Ste 1<br>Sunrise FL 33323-2857 |
| Bobby Jenkins<br>PO Box 713<br>Guymon OK 73942-0713 | Chrysler Capital<br>Po Box 961275<br>Fort Worth TX 76161-0275 | Credit Collections Inc/AMR<br>Po Box 60607<br>Oklahoma City OK 73146-0607 |
| Credit Control Corp<br>11821 Rock Landing Dr<br>Newport News VA 23606-4207 | Gm Financial<br>Po Box 181145<br>Arlington TX 76096-1145 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul MN 55164-0378 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service - OKC<br>Mailstop 5024 OKC<br>55 N Robinson<br>Oklahoma City OK 73102-9229 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-7096 |
| Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | National Enterprise Systems<br>29125 Solon Road<br>Solon OH 44139-3442 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Ok State Regents For H<br>Po Box 3000<br>Oklahoma City OK 73101-3000 | Oklahoma College Assistance Program<br>PO Box 3000<br>Oklahoma City OK 73101-3000 | (p)OKLAHOMA TAX COMMISSION<br>120 N ROBINSON<br>STE 2000W<br>OKLAHOMA CITY OK 73102-7801 |
| SANTANDER CONSUMER USA INC<br>CHRYSLER CAPITAL<br>8585 STEMMONS FRWY STE # 1100-N<br>DALLAS, TX 75247-3822 | Shapiro & Cedja LLC<br>770 NE 63rd Street<br>Oklahoma City OK 73105-6423 | Slater Medical Arts Clinic<br>123 Medical Arts Clinic<br>Guymon OK 73942-3606 |
| Slater Medical Arts Clinic<br>123 Medical Drive<br>Guymon OK 73942-3606 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | (c)UNKNOWN<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK  73112-7238 |
| Valencia HOA / Winton Law<br>3233 E Memorial Rd Ste 103<br>Edmond OK 73013-7083 | Valencia Property Owners Association<br>1320 N Porter<br>Norman OK 73071-6619 | Alisha Ann Cosby<br>18405 Piedra Drive<br>Edmond, OK 73012-7612 |

| | | |
|---|---|---|
| Brandon John Cosby<br>18405 Piedra Drive<br>Edmond, OK 73012-7612 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | Tearsa Storms Olson<br>Storms Law Office<br>2400 NW 23rd St., Ste. 102<br>Oklahoma City, OK 73107-2438 |

CUSTOM DENTAL OF EDMOND PLLC
17840 N PENNSYLVANIA
EDMOND OK 73012

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>P O Box 183853<br>Arlington, TX 76096 | Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville TX 75067 | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel<br>Box 53248<br>Oklahoma City OK 73152-3248 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Unknown<br>2601 Nw Expressway Suite 1000<br>Oklahoma City OK 73112 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     0<br>Total                  32 |